United States District Court
Southern District of Texas
**ENTERED**
October 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFF BICKART, *et al*, § § § Plaintiffs, § VS. § TEXAS FARMERS INSURANCE § COMPANY, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:17-CV-2324 |

## ORDER OF REMAND

Pending before the Court is the plaintiffs' Motion to Remand and Memorandum of Law in Support, and the Court, having reviewed the Notice of Removal, (Dkt. No. 7), the plaintiffs' Motion to Remand, and a response, if any, finds that plaintiffs' Motion to Remand should be granted; accordingly, it is,

ORDERED, that the plaintiffs' Motion to Remand is GRANTED, and it is,

FURTHER ORDERED, that the Clerk of the Court shall immediately REMAND the above captioned cause to the 190th Judicial District Court of Harris County, Texas.

It is so ORDERED.

SIGNED on this 27th day of October, 2017.

_____
Kenneth M. Hoyt
United States District Judge